**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 14-cv-61978-CIV COHN/SELTZER**

| | |
|---|---|
| CHRISTOPHER LEGG, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SPIRIT AIRLINES, INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) ) ) |

**JOINT NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND**
**MOTION TO STAY ALL PROCEEDINGS, AND FOR RELATED RELIEF**

Plaintiff, Christopher Legg, and Defendant, Spirit Airlines, Inc., pursuant to Fed. R. Civ. P. 23(e), hereby notify the Court that the parties have reached an agreement in principle to settle this case on a class-wide basis, and also hereby request certain relief to facilitate the completion of the settlement.

First, to avoid a waste of judicial resources and allow the parties to focus on completing the settlement, the parties request that the Court stay all pending motions and relieve the parties from the need to comply with all pending deadlines other than any deadline set for submitting the settlement to the Court for approval.

Second, the parties request that the Court not issue a dismissal order at this point because the settlement still needs to be submitted to the Court for approval as required by Fed. R. Civ. P. 23(e). Specifically, the parties still need to work out the administrative details of the settlement, such as class notice terms and procedures, selection of a class settlement

administrator and related issues, and memorialize them in a formal agreement to be presented to the Court.

The parties propose to submit the settlement for preliminary approval within thirty (30) days of the date of this Motion, unless the Court prefers that it be completed at an earlier date.

## CONCLUSION

Wherefore, the parties request that the Court enter an order:

1. Staying all pending motions and relieving the parties from the need to comply with all pending deadlines other than the deadline for submitting the settlement to the Court for approval

2. Setting a deadline of September 19, 2015 to submit the settlement to the Court for approval.

Respectfully submitted,

Dated:  August 20, 2015

/s/ Scott D. Owens, Esq.
Scott D. Owens, Esq.
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com

Michael Hilicki
Keogh Law LTD
55 W. Monroe Street
Suite 3390
Chicago, IL 60603
Tel: 312−726−1092
mhilicki@keoghlaw.com

Dated: August 20, 2015

**AKERMAN LLP**
One Southeast Third Avenue
Suite 2500
Miami, FL  33131-1714
Phone:  (305) 374-5600
Fax:  (305) 374-5095


By:  /s/ Valerie B. Greenberg
   Valerie B. Greenberg
   Florida Bar No: 026514
   valerie.greenberg@akerman.com
   Michael O. Mena
   Florida Bar No.:  010664
   michael.mena@akerman.com
   Ari Gerstin
   Florida Bar No.:  0839671
   ari.gerstin@akerman.com

   *and*

   Kasey F. Dunlap (*Pro Hac Vice*)
   kasey.dunlap@akerman.com
   Scott Meyers (*Pro Hac Vice*)
   scott.meyers@akerman.com
   Shawn Taylor (*Pro Hac Vice*)
   shawn.taylor@akerman.com
   71 S. Wacker Drive, 46th Floor
   Chicago, IL  60606
   Tel: 312-634-5710

   *Counsel for Defendant Spirit Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Scott D. Owesn, Esq.
   Scott D. Owens, Esq.