UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA FORT LAUDERDALE
DIVISION

CASE NO. 0:14-cv-61978-JIC (*Legg*) CASE NO. 0:15-cv-61375-JIC (*Rosen*)

CHRISTOPHER W. LEGG,
individually and on behalf of all others
similarly situated,

    Plaintiff,

v.

SPIRIT AIRLINES, INC., a Delaware
corporation,

    Defendant.

---

JOSEPH ROSEN, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

SPIRIT AIRLINES, INC., a Delaware
corporation,

    Defendant.

---

**WITHDRAWL OF OBJECTIONS OF KERRY ANN SWEENEY**

NOW COMES, Objector KERRY ANN SWEENEY, hereby files her Withdrawal of Objection in this case.

Absent class member, Kerry Ann Sweeney, by and through herself and her counsel of record, Patrick Sweeney, hereby WITHDRAW her objection in the above matter. Ms. Sweeney hereby stipulates that she shall forgo any appeals or requests for an award of attorney's fees. No compensation or consideration was offered or shall be paid for withdrawal of the objection.

Respectfully submitted, Dated: July 6, 2016

_____
Patrick Sweeney
Attorney for Kerry Ann Sweeney

I hereby certify that on March 18, 2016, I caused to be filed, by filing this Withdrawal of Objection electronically with Clerk of the Court for the United States District Court for the Southern District of Florida. The filing which in turn will be electronically forwarded to all counsel of record.

_____
Patrick S. Sweeney
2590 Richardson Street
Madison, WI 53711
(310)-339-0548
patrickshanesweeney@gmail.com