**Michael Hilicki**

| | |
|---|---|
| **From:** | Patrick Sweeney <patrick@sweeneylegalgroup.com> |
| **Sent:** | Wednesday, June 22, 2016 10:09 AM |
| **To:** | Michael Hilicki |
| **Subject:** | Re: Legg v. Spirit Airlines -- Kerry Sweeney Objection |

September 11th 2015,
LAX airport
flight from LAX to LAS VEGAS
35.00 charge


Thank you
Patrick


Patrick S. Sweeney

Sweeney Legal Group, S.C.

# Wisconsin Office
2590 Richardson Street
Madison,WI 53711
Cell: (310)-339-0548
patrick@sweeneylegalgroup.com

Florida Office
750 South Dixie Highway
Boca Raton, FL 33432
Ph. 561-395-0000
Fx 561-395-9093
Cell: (310)-339-0548
patrick@sweeneylegalgroup.com


CONFIDENTIALITY NOTICE:  This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure.  It is intended for use only by the individual or entity named above.  If you are not the intended recipient or an employee or agent responsible for delivering this message  to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the

taking of any action in reliance on the contents of this confidential information is strictly prohibited.  If you have received this communication in error, please destroy it and immediately notify me by email.  Thank you.

On Tue, Jun 21, 2016 at 1:51 PM, Michael Hilicki <MHilicki@keoghlaw.com> wrote:

Dear Attorney Sweeney:

I am one of the Plaintiffs' attorneys in the above matter.

We received the objection that you filed last night for Kerry Sweeney, which is attached. However, the claims administrator has confirmed that Ms. Sweeney is not on the class list, and thus not a class member.

The class is limited to persons who made a purchase from a Spirit airport kiosk during the relevant period using a credit or debit card, and received a transaction receipt that revealed too much of their credit or debit card number. Not all receipts obtained from Spirit had this information. As such, the class was limited to the approximately 350,000 persons for which receipts were generated in this fashion that contained this information.

The fact that Ms. Sweeney filed a claim through the settlement Web site and received a claim number when she did so does not mean that she is a class member because the Web site was accessible by the general public.

To determine otherwise, please email us a copy of the transaction receipt Ms. Sweeney claims to have received from Spirit. If she does not have the receipt, then please tell us the date she allegedly made a purchase from Spirit, the airport at which she made the purchase, and the purchase amount.

Please email us this information by 5:00 p.m. ET tomorrow. Thank you.

Michael S. Hilicki

KEOGH LAW, LTD.

55 W. Monroe, Ste. 3390

Chicago, Il. 60603

MHilicki@Keoghlaw.com

312.374.3402 (Direct)

312.726.1092 (Main)

312.726.1093 (fax)


This e-mail and any attachments may contain confidential material or other matters protected by the attorney- client privilege.  Unless you are the addressee (or authorized by the addressee to receive this e-mail for the addressee) you may not copy, use or distribute it.  If you received this e-mail in error, please contact the sender.